# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  vs.<br><br>JOSE GALLEGOS-ABARCA,<br><br>                  Defendant. | CASE NO. 15CR1711-LAB<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**x**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

**x**    of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Removed Alien Found In The United States (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/5/2015

William V. Gallo
U.S. Magistrate Judge

FILED
AUG - 5 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                DEPUTY